*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Stream TV Networks, Inc. | ) | Case No. 23–10763–amc |
| | ) | |
| | ) | |
| Technovative Media, Inc. | ) | Chapter: 11 |
| | ) | |
| Debtor(s). | ) | Civil Case Number. |

## Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

- [x] Certificate of appeal from order entered and dated 12/9/2024 by the Honorable Ashely M. Chan
Notice of appeal filing fee  [x] paid   [ ] not paid

- [ ] Designation of Record on Appeal Filed
- [ ] Designation of Record on Appeal Not Filed

- [ ] Supplemental certificate of appeal

- [ ] Motion for leave to appeal filed
- [ ] Answer to motion filed

- [ ] Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan
- [ ] Report and recommendation entered by the Honorable Ashely M. Chan
- [ ] Other

    Kindly acknowledge receipt on the copy of the letter provided.

Date: December 11, 2024                                   For The Court

                                                                                          Timothy B. McGrath
                                                                                        Clerk of Court

_____

Received Above material or record tile this day: _____
Civil Action No. _____                    Signature: _____
Miscellaneous No._____                    Date: _____
Assigned to Judge _____