**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

STREAM TV NETWORKS, INC., *et al.*,  :
       Debtors-in-Possession,  :
         :
       v.  :    Civil No. 2:24-cv-02727-JMG
         :
REMBRANDT 3D HOLDING LTD,  :
       Creditor.  :

---

VISUAL SEMICONDUCTOR, INC.,  :
       Appellant,  :
         :
       v.  :
         :
STREAM TV NETWORKS, INC., *et al.*,  :    Civil No. 2:24-cv-06397-JMG
       Debtors-in-Posess.  :
         :
    and  :
         :
WILLIAM HOMONY, *et al.,*  :
       Trustees.  :

---

VISUAL SEMICONDUCTOR, INC.,  :
       Appellant,  :
         :
       v.  :
         :
STREAM TV NETWORKS, INC., *et al.*,  :    Civil No. 2:24-cv-06498-JMG
       Debtors-in-Posess.  :
         :
    and  :
         :
WILLIAM HOMONY, *et al.,*  :
       Trustees.  :

---

VISUAL SEMICONDUCTOR, INC., *et al.*,    :
          Appellants,       :
                            :
          v.               :
                            :
STREAM TV NETWORKS, INC., *et al.*,    :     Civil No. 2:24-cv-06617-JMG
          Debtors-in-Posess.   :
                            :
      and               :
                            :
WILLIAM HOMONY, *et al.*,         :
          Trustees.        :

---

## SCHEDULING ORDER

**AND NOW**, this 18th day of December, 2024, following a joint telephonic conference with counsel, and pursuant to Federal Rule of Civil Procedure 16 and Local Rule of Civil Procedure 16.1(b), **IT IS HEREBY ORDERED** that these cases are consolidated for scheduling purposes and resolution of briefs. The briefing schedule is set as follows:

1.    Appellants, Rembrandt 3D Holding LTD and Visual Semiconductor, Inc., will each serve and file one opening brief addressing each of their issues on appeal by **January 15, 2025**.[1] Each brief is limited to 40 pages.

2.    Appellee William Homony will serve and file one omnibus reply brief in response to both opening briefs by **February 18, 2025**. The brief is limited to 50 pages.

3.    Appellants are each permitted to serve and file one response brief by **March 4, 2025**.

---

[1] Appellant Rembrandt's brief in its first appeal, Civil No. 2:24-cv-02727-JMG, is now due on January 15, 2025, as well.

Each brief is limited to 10 pages.[2]

                                            BY THE COURT:


                                            */s/ John M. Gallagher*
                                            JOHN M. GALLAGHER
                                            United States District Court Judge

---

[2] Despite the entry of this Scheduling Order, the parties must timely comply with all procedural requirements, including filing disclosure statements and entering the record on appeal.