**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| VISUAL SEMICONDUCTOR, INC.,<br>Appellant,<br><br>v.<br><br>WILLIAM A. HOMONY, in his capacity as Chapter 11 trustee of the bankruptcy estates of Stream TV Networks. Inc. and Technovative Media Inc.,<br>Appellee. | : | Civil No. 2:24-cv-06617-JMG |

**ORDER**

**AND NOW**, this ____ day of ________________ 2025, upon consideration Visual Semiconductor, Inc.'s Counsel's Motion to Withdraw as Counsel and any response thereto, it is hereby **ORDERED** and **DECREED** that Counsels' Motion is **GRANTED**, and the Clerk shall mark all of Plaintiffs' Counsels' – Matthew B. Weisberg and L. Anthony DiJiacomo, III – representation as **TERMINATED**.

**BY THE COURT:**

______________________________
Hon. John Gallagher U.S.D.J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VISUAL SEMICONDUCTOR, INC.,<br>Appellant,<br><br>v.<br><br>WILLIAM A. HOMONY, in his capacity as Chapter 11 trustee of the bankruptcy estates of Stream TV Networks. Inc. and Technovative Media Inc.,<br>Appellee. | Civil No. 2:24-cv-06617-JMG |

**VISUAL SEMICONDUTOR INC.'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL**

Visual Semiconductor, Inc.'s undersigned counsel, Attorneys Matthew B. Weisberg and L. Anthony DiJiacomo, III ("Undersigned Counsel"), hereby bring this Motion for Leave to Withdraw as Counsel for Plaintiff for the following reasons:

1. This expedited motion for leave to withdraw as counsel is submitted.

2. Counsel has been previously granted leave to withdraw in every related matter.

3. Counsel additionally submits this motion subject to Rule of Professional Conduct 1.16(a)(1) and (3) ("mandatory withdrawal").

4. Pursuant to Rule of Professional Conduct 1.16(b)(1), a "lawyer may withdraw from representing a client if … withdraw can be accomplished without material adverse effect on the interests of the client." Pa.R.P.C. 1.16(b)(1).

5. Pursuant to Rule of Professional Conduct 1.16(b)(4), a "lawyer may withdraw from representing a client if … the client insists upon taking action that the lawyer considers repugnant or with which the lawyer has a fundamental disagreement". Pa.R.P.C. 1.16(b)(4).

6. Pursuant to Rule of Professional Conduct 1.16(b)(6), a "lawyer may withdraw from representing a client if … the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client". Pa.R.P.C. 1.16(b)(6).

7. Pursuant to Rule of Professional Conduct 1.16(b)(7), a "lawyer may withdraw from representing a client if … other good cause for withdrawal exists." Pa. R.P.C. 1.16(b)(7).

8. Undersigned Counsel respectfully submits to this Honorable Court that each of the foregoing basis are satisfied here and warrant leave of this Honorable Court for Counsel to withdraw.

9. Moreover, Undersigned Counsel submits that the attorney-client relationship has suffered irreconcilable differences.

10. Should this Honorable Court require detailed information, an *ex-parte*, off-the-record conference is requested so that Undersigned Counsel may abide Rule 1.6 (Confidentiality of Information) and Rule 3.3 (Condor Toward the Tribunal).

11. Undersigned Counsel respectfully requests this Honorable Court grant Visual Semiconductors, Inc. Counsel leave to withdraw as counsel for Visual Semiconductor, Inc.

12. A copy of this Motion has been sent via email to Visual Semiconductors, Inc. at the last known email addresses provided:

dan.rink@visualsemi.com
mathu.rajan@visualsemi.com
bud.robertson@visualsemi.com

**WHEREFORE**, Attorneys Matthew B. Weisberg and L. Anthony DiJiacomo, III, respectfully request this Honorable Court relieve counsel from representation consistent with the attached proposed Order.

Respectfully Submitted,

**WEISBERG LAW**

*/s/ Matthew B. Weisberg*
Matthew B. Weisberg, Esquire
L. Anthony DiJiacomo, III, Esquire
7 South Morton Avenue
Morton, PA 19070
(610) 690-0801
(610) 690-0880 – Fax
mweisberg@weisberglawoffices.com
adijiacomo@weisberglawoffices.com
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| VISUAL SEMICONDUCTOR, INC.,<br>Appellant,<br><br>v.<br><br>WILLIAM A. HOMONY, in his capacity as Chapter 11 trustee of the bankruptcy estates of Stream TV Networks. Inc. and Technovative Media Inc.,<br>Appellee. | : | Civil No. 2:24-cv-06617-JMG |

**CERTIFICATE OF SERVICE**

I, Matthew B. Weisberg, Esquire, hereby certify that on this 24th day of April 2026, a true and correct copy of the foregoing Motion to Withdraw was served via e-filing on all counsel of record and upon all via email:

ANDREW J. BELLI
Coren & Ress, PC
2001 Market Street, Suite 3900
Philadelphia, PA 19103
abelli@kcr-law.com

STEVEN M. COREN
Coren & Ress, P.C.
2001 Market Street
Two Commerce Square, Suite 3900
Philadelphia, PA 19103
scoren@kcr-law.com

EDMOND M. GEORGE
Obermayer Rebmann Maxwell & Hippel, LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
edmond.george@obermayer.com

MICHAEL D. VAGNONI
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
michael.vagnoni@obermayer.com

**WEISBERG LAW**

*/s/ Matthew B. Weisberg*
Matthew B. Weisberg, Esquire
L. Anthony DiJiacomo, III, Esq.
*Attorneys for Plaintiff*